Complaint against:
- CITY OF Albuquerque - Mayor
- Bernalillo County Metropolitan Detention Center
- County Board of Commissioners

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
OCT 31 2022
MITCHELL R. ELFERS
CLERK

U.S. Court Clerk

I need to file this complaint.

22cv816-MIS-JFR

- 9/01/2022. MDC - Metropolitan Detention Center of Bernalillo County violated my civil rights.

They kept me in a cell for 5 days to 9/06/22 w/out a shower.

116 hrs lockdown.
- Open Air Recreation
- Phones
- Dayroom.

- They been treating me unfairly and inhumanely violating my 8th Ammendment Rights.

I'm basing my claim on ~~grounds~~ grounds of

McClendon v. City of Albuquerque: stipulated order addressing the staffing issues @ the BCMDC.

Can you please this complaint.

- Staff shortage
- Violation of 8th Ammendment
- Safety Call Button Negligent

- Cruel and unusual punishment
- Can you please file this complaint.
- Can you please send me 1983 prisoner civil right complaint packet w/ Indigency Forms & packet please send Thank you.
- Motion Packet (Standard)
- Request For Hearing Packet

Thank you Court Very Much. God Bless all of you over there

Sincerely

Joshua Chavez

Joshua L. Chavez #1002058S
100 Deputy Dean Miera Dr. S.
Albq. NM. 87151

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
OCT 31 2022
MITCHELL R. ELFERS
CLERK

United States District Court Clerk
333 Lomas Blvd N.W.
Albuquerque N.M.
87102

87102-227470